DAVIS v. EVANS.

(Filed November 10, 1903.)

EVIDENCE—*Negotiable Instruments—Internal Revenue—Stamps.*

A promissory note, though not stamped with a revenue stamp as required by a federal statute, may be used in evidence.

ACTION by S. E. Davis against M. E. Evans, heard by Judge O. H. Allen and a jury at August Term, 1903, of the Superior Court of GRANVILLE County. From a judgment for the defendant the plaintiff appealed.

*Graham & Devin,* for the plaintiff.
No counsel for the defendant.

CLARK, C. J.   The plaintiff sued on a promissory note, dated 7th November, 1898.   The Court excluded the note when offered in evidence, because it was not stamped as required by the United States Internal Revenue Act of 1898. This was error.

The stamp is a fiscal provision of the United States Government for the purpose of raising revenue, which is to be enforced only in its own courts.   Its non-observance does not affect the validity of the instrument when offered in evidence in a State Court.   The provision that the unstamped paper shall not be admitted in evidence "in any court" applies only to United States Courts.   Congress cannot prescribe rules of evidence for the State Courts.   This was discussed and decided in *Height v. Grist,* 64 N. C., 739, cited and reaffirmed in *Dodson v. Moore, Ibid.,* 515; *Sellars v. Johnson,* 65 N. C., 109; and again, recently, in *Ratliff v. Ratliff,* 131 N. C., 427. To same effect, *Small v. Slocomb,* 112 Ga., 286; 53 L. R. A., 130; 81 Am. St. Rep., 50 (which cites cases from fifteen States holding the same doctrine); *Kennedy v. Rountree,* 59 S. C., 324; 82 Am. St. Rep., 841; *Richardson v. Roberts,* 195 Ill., 27; these last cases are under this act of 1898; Am. & Eng. Enc. (2 Ed.), 935, and cases cited; *Knox v. Rossi,* 25 Nev.; 48 L. R. A., 305; 83 Am. St. Rep., 566.

Error.